IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MARSHALL DEAN ALSTON, )
)
Petitioner, )
)
v. )   Case No. CIV-16-534-D
)
KAMERON HARVANEK, Warden, )
)
Respondent. )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation [Doc. No. 8] issued by United States Magistrate Judge Gary M. Purcell, recommending the denial of Petitioner's motion to proceed *in forma pauperis*. Within the time period for filing an objection, Petitioner has paid the $5.00 filing fee for his Petition.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 8] is ADOPTED. Petitioner's Motion for Leave to Proceed In Forma Pauperis [Doc. No. 7] is DENIED.

IT IS FURTHER ORDERED that the case is re-referred to Judge Purcell for further proceedings consistent with the initial case referral [Doc. No. 3].

IT IS SO ORDERED this 4th day of August, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE